*FILING FEE PAID*   (Yes)   No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Barker, Stephanie**   (JAD)/TPA/CMB/GLT

Case Number: **20-22688**

Date of Meeting: **10 / 12 / 20**   Recording # _____
Debtor(s) present ✓ or Not Present ___ (✓ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Kroll, Maureen** (Present ✓ or Not Present ___)
Date of Plan at § 341: **9-16-20**   Applicable commitment period ✓ 3 yrs ___ 5 yrs

cont. to pre bar concil

no payments

FILED
10/15/20 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
    ___ Order to Show Cause Requested
    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ___ 341 Meeting   OR   ___ Conciliation Conf. OR ___ *Contested Hearing
    On **11-19-20**   at **1:30**   am/pm Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee