**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Stephanie L. Barker<br>              Debtor(s)<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>              Movant<br>        vs.<br><br>Stephanie L. Barker<br>              Respondent(s) | BK NO. 20-22688 JAD<br><br>Chapter 13<br><br>Related to Document No. _____<br><br>Hearing Date: 11/19/2020 |

## OBJECTION OF LAKEVIEW LOAN SERVICING, LLC , ITS SUCCESSORS AND/OR ASSIGNS
## TO CONFIRMATION OF CHAPTER 13 PLAN

Lakeview Loan Servicing, LLC, objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1. Movant's claim is secured by a mortgage on Debtor's property at 2139 Elizabeth Court Export, PA 15632

2. On October 05, 2020, Movant filed a secured proof of claim setting forth pre-petition arrears in the amount of $18,593.68.

3. Debtor's Plan provides for payment in the amount of $9,000.00 towards the arrearage claim of the Movant.

4. Debtor's Plan understates the amount of the Movant's claim by $9,593.68, and does not provide sufficient funding to pay said claim including present value interest.

5. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Movant.

6. In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Movant, Lakeview Loan Servicing, LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: November 9, 2020              /s/ Brian Nicholas, Esquire ___
                                    Brian Nicholas, Esquire
                                    bnicholas@kmllawgroup.com
                                    Attorney I.D. No. 317240
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    Phone: 412-430-3594
                                    Attorney for Movant/Applicant