# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** STEPHANIE L. BARKER
- **Case Number:** 20-22688-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 19, 2020  01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#2 - Continued Confirmation of Plan Dated 9/16/20 (N)
R / M #: 2 / 0

## Appearances:

- **Debtor:** Kroll
- **Trustee:** Winnecour / Pail / Katz / DeSimone
- **Creditor:**

*[Handwritten note: Still no payments. Con't one more time to see if payments made]*

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  1/14/21  at  2:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
11/24/20 12:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

11/10/2020 11:54:47AM

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22688-JAD |
| Stephanie L. Barker | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 2 |
| Date Rcvd: Nov 24, 2020 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie L. Barker, 2139 Elizabeth Court, Export, PA 15632-9735 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15294098 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15289240 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15295991 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15289245 | + | Lakeview Loan Servicing, LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15289246 | + | Michael John Stakel, 19 Koomatuck Drive, Pittsburgh, PA 15239-1947 |
| 15294096 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15311122 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 15293439 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15300984 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15300983 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2020 02:11:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297316 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2020 03:10:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15289239 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2020 03:10:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15289241 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 25 2020 03:12:00 | Credit Management Co., 2121 Noblestown Road, Suite 3, Pittsburgh, PA 15205-3956 |
| 15289243 | | Email/Text: mrdiscen@discover.com | Nov 25 2020 03:11:00 | Discover Financial Service LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15289242 | + | Email/PDF: pa_dc_ed@navient.com | Nov 25 2020 02:12:55 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15291382 | | Email/Text: mrdiscen@discover.com | Nov 25 2020 03:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15289244 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 25 2020 02:09:59 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 15295762 | | Email/Text: camanagement@mtb.com | Nov 25 2020 03:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15306425 | | Email/PDF: pa_dc_claims@navient.com | Nov 25 2020 02:11:29 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15289247 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 25 2020 02:12:50 | SYNCB/Care Credit, P.O. Box 965036, Orlando, |

Case 20-22688-JAD  Doc 21  Filed 11/26/20  Entered 11/27/20 00:36:23  Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-5036 |
| 15289248 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 25 2020 02:12:50 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15313308 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 25 2020 02:11:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15289793 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 25 2020 02:12:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15289249 | + | Email/Text: BKRMailOps@weltman.com | Nov 25 2020 03:12:00 | Weltman, Weinberg & Reis, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Maureen Kroll | on behalf of Debtor Stephanie L. Barker maureen@mkroll.comcastbiz.net  lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5