Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Stephanie L. Barker** | : | Case No. 20−22688−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 19th of January, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephanie L. Barker  
    Debtor

Case No. 20-22688-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur      Page 1 of 3  
Date Rcvd: Jan 19, 2021      Form ID: 309      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie L. Barker, 2139 Elizabeth Court, Export, PA 15632-9735 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15295991 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15289245 | + | Lakeview Loan Servicing, LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15289246 | + | Michael John Stakel, 19 Koomatuck Drive, Pittsburgh, PA 15239-1947 |
| 15294096 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15311122 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |
| 15293439 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15300984 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15300983 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 20 2021 10:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297316 | | EDI: GMACFS.COM | Jan 20 2021 10:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15289239 | + | EDI: GMACFS.COM | Jan 20 2021 10:33:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15294098 | | EDI: BECKLEE.COM | Jan 20 2021 10:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15289240 | + | EDI: AMEREXPR.COM | Jan 20 2021 10:33:00 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 15289241 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 20 2021 06:04:00 | Credit Management Co., 2121 Noblestown Road, Suite 3, Pittsburgh, PA 15205-3956 |
| 15289243 | | EDI: DISCOVER.COM | Jan 20 2021 10:33:00 | Discover Financial Service LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15289242 | + | EDI: NAVIENTFKASMDOE.COM | Jan 20 2021 10:33:00 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15291382 | | EDI: DISCOVER.COM | Jan 20 2021 10:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15289244 | | EDI: JPMORGANCHASE | Jan 20 2021 10:33:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 15295762 | | Email/Text: camanagement@mtb.com | Jan 20 2021 06:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15306425 | | EDI: NAVIENTFKASMSERV.COM | Jan 20 2021 10:33:00 | NAVIENT PC TRUST, C/O Navient Solutions, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15289247 | + | EDI: RMSC.COM | Jan 20 2021 10:33:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15289248 | + | EDI: RMSC.COM | Jan 20 2021 10:33:00 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15315540 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 06:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15313308 | + | EDI: RMSC.COM | Jan 20 2021 10:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15289793 | + | EDI: RMSC.COM | Jan 20 2021 10:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15289249 | + | Email/Text: BKRMailOps@weltman.com | Jan 20 2021 06:04:00 | Weltman, Weinberg & Reis, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Maureen Kroll | on behalf of Debtor Stephanie L. Barker maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2     User: jfur     Page 3 of 3
Date Rcvd: Jan 19, 2021     Form ID: 309     Total Noticed: 28
TOTAL: 5